Page 1 of

1. UNITED STATES DISTRICT COURT
Southern District Of Florida Miami - Dade
County          Federal Court.

400   NORTH   MIAMI   AVENUE     FLORIDA 33128

[stamp: FILED BY PG D.C. / MAY 30 2019 / ANGELA E. NOBLE / CLERK U.S. DIST. CT. / S.D. OF FLA.- MIAMI]

PLAINTIFF:   Complainant
DALE EWERS, 170122625 P.T.R.C.          ATTENTION:
1321 N.W. 13TH ST. M. FL. 33125          CHIEF CLERK
DEFENDANTS V. erses                       OF COURT

3. MIAMI HERALD'S NEWSPAPER'S
PRESS LAWYERS (VETORS)              FURNISH COPIES
3511 N.W. 9TH ST. MIAMI FL. 33172 ← TO ALL PARTIES
2.                                   AT. 3511 N.W.

4. MIAMI HERALD'S NEWSPAPER'S          9TH STREET
EDITORS / PUBLISHERS   Also          MIAMI FL.33172
MIAMI HERALD' .COM WWW.
3511 N.W. 9TH ST. MIAMI FL 33172

3.                                         DEPUTY
5. NEWS REPORTER FOR, MIAMI          ATTN: CLERKS
HERALD "DAVID OUALLES"               AND MARSHALLS
RE: HTTP://WWW.MIAMI HERALD.COM/
NEWS/ LOCAL / CRIME/ ARTICLE ,27254354. HTML
AND PRIOR AND POST RELATED ARTICLES
TO SUBJECTS DALE EWERS,   MERCEDES
CASTANEDA PEREZ   AND   MARIA GARCIA AKA    Case No: # To
MARIA LEVERO  AKA MARIA CASTANEDA, AKA   Be Assigned
OTHER NAMES USED FOR U.S. ASYLUM APPLICATIONS.
3511 N.W. 9TH ST. MIAMI FL. 33172

4.
6. MIAMI HERALD'S CASUALTY AND      Filing, Claim, Demand,
COMMERCIAL (1832) INSURANCE CO.    Motion, Petition, ist the
LIABILITY INSURANCE CO.'S          DATES.
LLOYD'S AND PRIMARY AND            May 31, 2019
REINSURANCE COMPANIES
3511 N.W. 9TH ST. MIAMI FL. 33172

[left margin vertical text:]
cat/div 550/1303/MIA
Case #
Judge
Mag REID
Motn Ifp AO
Fee pd $ O
Receipt #

Page 2 of

DEMAND IS MADE TO HONUR-
ABLE COURT FOR HEARINGS
TO COMPEL THE "MIAMI HERALD
NEWSPAPERS AND MIAMI HERALD.
COM AND IT'S NEWSPAPER EDITORS,
PUBLISHERS, AND IT'S NEW
REPORTER DAVID OVALLES AND IT'S
LAWYERS IE: VETTING PERSONNEL
AND IT ARRAY OF INSURANCE
COMPANIES. TO CORRECT, PRINT
RETRACTIONS, RE-POST CORRECTLY
ON LINE ITEMS REPORTELY
INCORRECTLY, FALSELY, DEFAME-
ING, AND MULTIPLE INJUR-
OUS TO PLAINTIFF. The Part-
icular Articles Subjects Are In Print
To Every Person In Florida, And Online
To Every-One On Line. SPECIFICALLY HTTP://
W.W.W. MIAMI HERALD.COM/NEWS/LOCAL/CRIME/
ARTICLE 127254354. HTML AND
IN NEWSPRINT FORM 1990 — 2019. Slander
To Dale Evers, IN FLORIDA V. DALE EWERS F121645.

* FIRST BRIEFLY TO THE HONOURABLE COURT, &
MAGISTRATE, JUDGE I AM (PLAINTIFF) AN
EXTRADIATED INDIVIDUAL FROM JAMAICA W.
I. IN 2017 VOLUNTARILY NEVER EVER DID
I CHALLENGE EXTRADITION. I HAVE RESIDED
CONTINOUSLY IN THE UNITED STATES SOME
FIFTY YEARS OR SO. IN. N.Y. 30 YRS APPX

Page 3 of 9

EL 5 YRS APPX, CA 4 YRS APPX, (ALASKA) WASH. Seattle 7 YRS App, MA 4 YRS APPX. (MORE °R LESS)

9. SUMMONS :(&) Request/Motions/ Demand is made To Court By ar Plaintiff for Defendans to produce Forthwith ~~JUNE~~ 12 10 Business Days

10.   1. A Copy Of All Articles And Online Postings Of STORIES PERTAINING TO DALE EWERS BY REPORTER DAVID OVALLES AND OTHER STAFF REPORTERS PER, F. O. E. A.

11. 2. THE "SOURCE" "NAME" OF PERSONS, ENTITY, GROUP OR OFFICIALS THAT ARE QUOTED, IN ARTICLES, IN PRINT AND OLLNE AT. HTTP// WWW. MIAMIHERALD. COM/NEWS/LOCAL/CRIME/ARTICLE 127254354. HTML

12.      EXACT QUOTE FALSELY STATED — UNKNOWLEN, OR KNOWNINGLY

13.   QUOTE "HE PLAINTIFF WAS HIDING IN BUSHES WITH A HUNTING KNIFE AND A .32 CALIBER PISTOL." ← PLAINTIFF WAS ARRESTED IN HAVLANDALE WITH THOSE ITEMS

14. QUOTE " MARCH 2008 ARRESTED IN MASSACHESUTTES (PLAINTIVE) AND RELEASED OCTOBER 2008 SENT TO NATIVE JAMAICA "

15. QUOTE "A PATROL-MAN BRIEFLY INTERVEEWED (OUR) EWERS WHO WAS SUB QUOTE " SOME WHAT BELLICGENT AND UNCOO PERATIVE, "

Page 4 of

NUMEROUS OTHER QUOTES OF MALLON SUBJICATIONS AND LIBELLOUS ACTS.

Summons(13c). 3 The Exact Corporate Names 16. Of Insurance Companies For The MIAMI HERALD AND ITS Online Divisions.

.4 The Names And Names Of The 17. LAWYERS - AND LAW FIRM FOR THE MIAMI- HERALD. AND THEIR ADRESSES.

THE ADRESSES AND THE NAMES OF 18. THE: GENERAL COUNSEL AND THE DEPUTY GENERAL COUNSEL FOR THE MIAMI HERALD NEWSPAPER AND THE "SOUTH BEACH" MIAMI HERALD NEWSPAPER

5. THE NAME AND OR NAMES AND 19. ADRESSES OF THE: PRESS LAWYERS WHO VETTED THIS PRINT AND ONLINE STORY AND SUBSEQUENT STORIES. (AS BRIEFLY I WILL SHOW THEY ARE ALL FALSE.

JURISDICTION: (14c) AND Diversity 20.
Jurisdiction (1927) Federal Authority Jurisdiction (1800) Specific Jurisdiction (1828) Federal Question Jurisdiction (1941)

Page 5 of

Article 1 Section 8    And Suprisingly, Ammend
ment  No I    As It Relates To "Petition
The Government for A Regress Of Grievances". Also
The  7 Amendment To The CONSTITUTION,
ARTICLES OF THE UNITED STATES. Cite
Florida  Constitution & Articles. Fla. R. Crim. P.$^3_{220}$
In Part.

21. **I. F. P.  REQUEST$ FOR COUNSEL.**

To This Most Honourable Court, I will
State My Name Again PLAINTIFF:
DALE AINSLEY LEO EWERS
D.O.B.  9-13-63   SS: NO: 11560-2216
For The Records Only Ever Alias Patrick Evers
D.O.B.  10.5; 1964   SS: NO 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.  I
give these Exact Names And Numbers
& For Anyone- Anywhere For The Following
Reasons.

22.    1. I WAS EXTRIDIATED FROM JAMAICA. W.I
       IN JAN 2017

23.    1. I HAVE NEVER EVER IN MY LIFE
       BEEN ARRESTED WITH A GUN. (ANY
       GUN 32. "  OR OTHERWISE. ANYWHERE.
       AS  STATED IN ARTICLE

24.    1. I  WAS  NEVER SENT TO JAMAICA
       IN 2008 FROM  MASSACHUSETTS.

25.    1. I HAVE NEVER BEEN ARRESTED
       ANYWHERE "HIDING IN BUSHES
       WITH A HUNTING KNIFE"

Page 6 of

"ANYWHERE   LET  AWNE  HALLANDALE  26.
FLORIDA.   SPECIFICALLY ANYWHERE ON
EARTH.

ATTACHED . TO  THIS  FILING  IS-A.  27
"RELEASE"   FOR  AND  TO  THE
MIAMI  HERALDS  NEWSPAPER'S
1. EDITORS,   2. PUBLISHERS,   3, LAWYERS
AND   4.  LAW. FIRMS.  AND
THEIR   INSURANCE  COMPANIES
* Granting  All  Parties  Full   *
Acess  Without  Limatations  to
My  Criminal  Case  TO
Cotrect  Previous  Information
Printed.   As  in  Part  28.
these  Printed  Articles  Has
Me  Plaintiff  locked - UP- PRE-
TRIAL-  2½ TWO -AND- ONE
HALF  YEARS.   (W.H.Y.?)

It  Should  Be  Noted  These  29.
Records  Has  My  F.B.I.  N.CI.C.
Reports.  Some  Previous  Employment
Including  References  To  MY
Services  At  9-11  W.T.C.
Ground  Zero  For  Nearly  Three
Weeks  The  Day  After  The
Evint.

NOT  NEAR  GROUND  ZERO,  BUT  30.

Page 7 of

AT GROUND ZERO.

31. YOU MIGHT SAY WHY WOULD
ANYONE IN HIS RIGHT MIND
GIVE A NEWSPAPER A
UNCONDITIONAL RELEASE IN
A       MURDER,
        RAPE,
        KIDNAPPING,
        MURDER,
        GUN CRIME,
        CASE   where This Plant-
Iff Is In Custody 2½ YEARS.

32. 1. GOV. SCOTT NOW SENATOR SCOTT
    WAIVES DEATH PENALTY, IN MY
    CASE?        Not As Part Of Extrad-
                 ition Or Conditions
                 Of Extraditions. But
                 Years Before This.

33. * Although - UN-USUAL In Extradition
    I was Sent With The Death
    Penalty Provisions, Verifiable By
    THE U.S. CONSULATE & EMBASSY
    THE JAMAICA CONSULATE & EMBASSY
    (THE U.K. CONSULATE & EMBASSY
        Note U.K. Court Of Final Appeals For
        All Jamaica Civil Or Criminal Cases)

34. * YET THESE LETTERS WERE

Page 8 of

NEVER GIVEN TO ME UN-
TILL * *2019* * WELL AFTER
THE ELECTION.

     Verifiable By District Atty 35.
    . KATHERINE FERNANDEZ RUNDLE
    . KATHERINE CORTES
Who States In Court Two
Different This Was Never
A Death Penalty Case

    VERIFIABLE BY ASSISTANT 36.
   DISTRICT ATTORNEY
     DON L. HORN
AS HE IS THE CO-SIGNER ON
THE DOCUMENT WITH GOVERNOR
RICK SCOTT. ( CASE NO F1226457)

IF You Wonder Why Rick Scott 37.
Is The Senator And Why
ANDREW GILLIUM IS NOT
THE * GOVERNOR * OF
FLORIDA. YOU NEED
GO NO FURTHER.

But IF You Want A Little More 38.
Intrigue Why ERIC W.M. HENDON
Who Was Assigned My Case For
1 year A Basic Liberal Black
Wonderful Judge Is Appointed By
A CONSERVATIVE GOVERNOR
To The Most Honourable

Page 9 of

3rd Circuit Court Of Appeals
In January 2019, You Please
Offer A Reason.

* * 39.   " Do I Think My Case Rises
** * To Any Importance. __NO.__

40.   But Maybe In Part ANDREW
GULLUM / MIGHT.   JUST A
FEW __VOTES__ THE CLOSEST IN
FLORIDA HISTORY.

41. I Say Mat Respectfully GOVERNOR RICK
SCOTT NOW SENATOR RICK SCOTT
IS A SCHREWED, CLEVER,
SMART MAN.

42.   1. IT SAYS ALSO IN THE
NEWS ARTICLES QUOTE " I PLAINTIFF)
" DALE EWERS FOUGHT EXTRADITION
IN JAMAICA WEST INDIES FOR
FIVE YEARS"

43. A THIS IS DEFINETLY WRONG.
I WAS IN CUSTODY __FOUR__
MONTHS AND EXTRIDIATED NOT
BY __2__ US, MARSHALLS, BUT
THREE! __3__ INIATALLY AND APPX 5-7
AT THE AIRPORT.
* USUALLY JUST __2__ MARSHALLS,

44. VERIFIABLE IN HONOURABLE
JUDGES, IN JAMAICA WEST
Simonee   Reese

Page 10 of

INDIES AND CONSTABLES –
AND EMBASSY PERSONNEL –
AND ALSO Q.C Queens Counsel
    Del Roy    Chuck
    Jeremy C Taylor Senior Deputy Director
OF Public Prosecutions: Jam. W. I.
P.O. BOX 633 KINGSTON JAMAICA
PHONS 876-922-6321-5    FAX 876-922-4318

* Note The Grand Jury Proceedings 45.
So Valued, So Guarded,
So Enshrined In The
CONSTITUTION:
WAS SUDDENLY * – UNSEALED –* 45A.

Without Any Lawyer For Me,

BY AND ON 8-23-2018    46.
Without Notification To Me Plaintiff
BY: A. D. A. Asst. Dist. Atty
    M. SURAFF –AND– M. SO
    TOUSSANT.    PER CLERK OF
COURT MARVEY RUVEN / JUDGE
* ERIC W.M. HENDON* NOW
APPEALTE JUDGE. PER
"CLERKS MINUTES" BUT

NOWHERE ON DOCKET FILES. 47.

This Is In Part Why A Defendant 48.
In A Murder Case, Would Give

Page 11 of

Full And Complete Access Without Any Limitations TO MY CRIMINAL CASE FILES. AS I STILL IN 2019 DONT HAVE Full DISCOVERY.

49. Additional FACTS IN CRIMINAL CASE THAT IS AVAIBLE FOR THE MIAMI HERALD, ITS EDITORS, PUBLISHERS, LAWYER, PRESS LAWYERS, INSURANCE COMPANIES IN ORDER FOR THEM TO ASSIST

50 IN A PROPER VETTING,

51. PROPER CORRECTIONS TO BE PUBLISHED

52. PROPER RETRACTIONS Found IN Initial Discovery Avable to Publishers.

53. THE LONE SURVIVOR OF THIS RAPE, KIDNAPPING, MURDER.

54. 1. MARIBEL GARCIA
1. AKA MARIBEL RIVERO
1. AKA SEVERAL OTHER NAMES.

55. 1. HAS BEEN PSYCHOLOGICALLY COMMITTED TO MENTAL INSTITUTIONS SEVERAL

Page 12 of

TIMES HERE IN THE UNITED STATES BY HER AT LEAST 8 EIGHT WLVES, (WIVES) AND THREE HUSBANDS.

INCLUDING BY THE MURDER VICTIM 56, × MERCEDES PEREZ.

Files Now Availe Use The Release.

MARIBEL GARCIA ALSO 57, IDENTIFIES ON HER OWN THE FOLLOWING PERSONS AS THE SOLE PERSON WHO RAPED AND ROBBED HER IN 1990.

NOT PHOTO- ARRAY. IN PERSON 58,

1. COURT OFFICER / ? POLICE OFFICER

OTO- GOODWIN B/M 59,
DOB 4-12-58
3960 N.W. 191ST CAROL CITY
FLORIDA, SS# 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

I PLAINTIFF WOULD HAVE TO BE THEIR TWIN BROTHER.

2. LARRY GEORGE WOODWARD 60.
B/M 10-5-57
3143 N.W. 59 ST AND
810 N.W. 43RD ST MIAMI
FLORIDA. DR. LIC. # FLA W363 52757

(OF FARLEYS HARDWARE STORE FIRED) 61.
(AFTER 13 YEARS OF SERVICE)

62. FACTS: SOME 178 ITEMS SAID
BY MARIBEL GARCIA? RIVERO?
CASTELLANAS?

63. TO HAVE BEEN TOUCHED BY
ME IE: BAGS, PURSES,
WALLETS, ASH TRAYS ETC...,
WERE MIRACALOUSY ALL
KEPT IN STORAGE AT
THE EXACT TIME OF
THE MURDERS. ALL AVAILBLE
TODAY 2019.

NOW LATENT PRINT EXAMINERS

4. PHILIP WOMACK.
HEAD OF THE MIAMI-DADE
POLICE NOW AFTER 1½ YEARS
SAY IN HIS REPORT *
AND HIS DEPOSITION **

65. NOT ONE LATENT, NOT
ONE FINGERPRINT, NOT ONE
DROP OF SWEAT BELONGS TO
THIS PLAINTIFF
DALE AINSLEY LEO EWERS.
STILL PARTIAL DNA,

* 66. * Yet Not Vetted / Not Reported

67. PLEASE CORRECT THESE ITEMS
ON LINE AND IN YOUR
WONDERFUL NEWSPAPER, AND
SEND THE SUBSCRIPTION

Page 14 of

FOR PLAINTIFF TO VERIFY           68.
ARTICLES   AND   CORRECTIONS.

Note: I have Written Two Letters 70. x?
To Reporter DAVID OVALLES
Asking Begging For An
Interview. Yet No Reply.

Press Lawyers Are You Vetting Your Reporters.
* IT IS OBVIOUS A LOT OF        71.
PERSONS   IN  THE  MIAMI-
DADE   AEREA   GOT  TO READ
A  FALSE  NARRATIVE.

'EASILY "VETTED", CORRECTLY
AS   NOW  "A "RELEASE"  72.
IS  ATTACHED.  SEE  →PAGE→

DETAINED FED. ATTY.

I State Also I am Indigent  73.
Have No Funds  No Checking
Saving Account  No Bonds &
Stock ETC.
REQUEST  THE APPOINTMENT OF A 74.
PUBLIC DEFENDER, OR  LAWYER OR PRO SE.
DALE EWERS, Dale  MAY 31, 2019  75.

Page 15 of

**76,** ## CONCLUSION:
## SUMMARY:

The First Ammendment Grant Great Latitude To Publish Stories, Coverage Can Be Widly Unfair And Still Fall Within The First Admendments Paramaters.

**77** However It Cannot Willfully Print LIES ViaAny Medium. It Cannot MakeFalse Factual Statements To A Third Parties (IE: PUBLIC) That Proves To Be False L In Accurate.

**78,** IE: "PLAINTIFF ARRESTED ANYWHERE WITH 32. CALIBER GUN."

**79,** IE: "PLAINTIFF IN JAMAICA WEST INDIES JAIL 5 YEARS FIGHTING EXTRADITION." OR AT HOME FIGHTING EXTRADITION.

**⊷ * 80,** (The Persons "Vetting" "Press Lawyer" Should SPend 2 One Week In __ANY__ Jamaican Jail. And Yes Also On Line Photos.) Let Alone 5 Years. I have Never Done So.

**81.** Continuation:/ Immediate Request INJUNTIONS: Is Made By Defendant For: Records, Adress, Copies Of Articles Names And Adress Of Insurance Companies.

**82.** Request For I.F.P. And Lawyers And Ur Pro Se... In A:

Page 16 OF

Case Exacting Pre-Trial Hell
In U.S. Coustody Now THREE
YEARS, 2½ Years In Florida.

IF THIS DOES NOT CONSTITUTE 83.
AN EMERGENCY, PETITION
UNDER THE CONSTITUTION FOR
APPOINTMENT OF ATTORNEY THERE
IS NONE. FOR ISSUES RAISED.

This Is Not the Back Woods Of 84.
Georgia, West Virginia,
Kentucky, Although CA
Is Part Of The 11TH
Circuit.

While This Is A Libel Action 85.
How Can The STATE 11th
Circuit, Criminal Court Intervine
Adequately Without DIRECT
COURT WRITTEN ORDERS AND
PHYSICALLY WRENCHING
PLAINTIFF TO FED COURT
FOR THE 11TH CIRCUIT AT
400 N. MIAMI AVENUE?

If This Honourable Court Thinks 86.
This Is A "Simple Matter"
Solve Able By E-MAIL OR WRITTEN
ORDERS. Concider FLORIDA
V Ricky Williams MURDER

Page 17 of

CHARGES WITH D.N.A. GARBAGE
FROM CODIS. YET IN CUSTODY
4 YEARS AT P.T.D.C. AND
M.W.D.C. IN-2015 TO 2019
Yet let Go With No Apology.
Nothing. MURDER CHG. AT HELP
ME HOSPID- PATRICK FRASER 2019.

87. Consider Recent Arrest In The
Fed Courts Of S.V.U.
5 CTS, LIEUTANANTS RE:
DNA FALSELY PUT AND
SEX ACTS ON VICTIMS
Yet There Cases Transfered
To Fed Jurisdiction.

88. Although Just Arrested These
Cases Go Back TO 1990.
As Well As Miamis Chief Of Police And LTS...

89. Finally This Does Have To Do With
Libel. Malign Subjigation.

90. Damages Of Two Thousand Eight
Hundred Dollars And Four Hundred
Dollars Is Requested By A
De-Novo Determination By This
HONOURABLE COURT And Of
91. Course Compliance With The

Page 18 of

<u>ITems</u> Requested By Plaintff,
<u>To</u> Be Paid Forth With,
Note Why This Amount. 92.
#~2,800~ + $ 4,00~ Dollars
<u>Total</u> 32 Months 3 years
Without A Trial. <u>WHY?</u>

<u>I</u> NEVER CHALLENGED EXTRADITION. 93,
CARRYING DEATH PENALTY,

A RELEASE IS GIVEN NOW TO 94.
THE NEWSPAPERS OF <u>ALL</u>
FILES. ( MIAMI HERALD)

They Have Sold A Lot OF 95.
PAPERS + Online On This
Story.

Best You Honourable Court FEDS 96.
Have The Ball In Your Court.

Will You Be Sending Me Stupidity 97.
For Financial Records While II
Am Imprisoned? And NO
Gurantee OF <u>Any</u> Meanital
Legal HELP? IE: STAMPED
ENVELOPES, ? FINANCIAL STATEMENT
SOMETIMES TAKING MONTHS? With
So Many Sheets OF Papers

Page 19 of

That It Cannot Be Mailed
With **ONE** STAMP.

98. How Does Some One Branded Now
A foreign National Despite
Citizenship for 45 Years
Simple Go To Court In
A Murder Charge In Pre-
Trial Detention 3 THREE
YEARS. Let Alone Get
Discovery. Yet Extridiated Ready
For Trial In JAN 2017.

99. DOES THE U.S. CONSTITUTION
MEAN ANYTHING?

100.        WHO WILL-U- E MAIL
        Judge Deborah White Labuv
             Death Penalty

101.   1.  "  Ellen Morphonius
             electronic Tapping

102.   2.  "  Richard Horsch
             Reassigned

103.   3.  "  ERIC HENDINSON
             Now Appelate Judge

Page 20 of

4. Judge Chief Judge        104.
    Saw Once   SAYREN

5. Now Judge Teresa Pooler 105.

Yet I am Extridiated, With, 106,
Appx. 7 Marshalls / And
Still No Trial. Will
You Write For Non-Sense
Or Will You Act
Decisively. Honorable Court,

Will You Publishers / Editors 107,
PRESS LAWYERS / FAN THE
PUBLICATIONS OF HATE
WITHOUT A OP- ED (Rebuttal)
FROM THE SO CALLED
CRIMINAL. OR A DIANE

Page 21

CALL TO GET THE OTHER
SIDE VIEW-POINT.
THERE IS NO NO CONTACT OR PSYCH ISSUES.
* 108 * HERE IS YOUR RELEASE
NOT WHAT IS ON DOCKET
HERE ARE GOVERNORS
SCOTT SIGNATURES
AND DIRECT
ORDERS

109  NO GUNS ANYTIME )  HERE ARE MY
REAL CRIMINAL
RECORDS
NOT HE-SAID SHE SAID.
MINE IS ATTACHED

110 CERTIFICATE OF SERVICE:

I Certify The Information Upon Belief
And Information Is True Under Penalty
Of Perjury.  There Is A Release
For The Miami Herald News Original.
x THERE IS NO LAW LIBRARY, COPIES
ARE SPORADIC AT BEST. TYPEWRITER
NON EXISTANCE IN THE U.S.A.
x REQUEST TO CLK OF COURT TO FURNISH
COPIES TO ALL PARTIES.
111 DALE EWERS  Dale Ewers  MAY. 31. 2019



MIAMI FL 331

28 MAY 2019 PM 2 L

ATTENTION:
CLERK OF COURT court

CRIMINAL COMPLAINT WROTE 2022 COMPLAINS

400 NORTH MIAMI AVE
MIAMI FLORIDA 33128

_____, _____
1321 N.W. 13TH Street
MIAMI    The Pre-Trial Detention Center
P.T.D.C The Pre-Trial Detention Center
1321 N.W. 13th Street
Miami, FL 33125

SUBMISSION DATE: 5-38-2019

2019 MAY 28 A 6:47